1014

SAINT PAUL MERCURY INDEMNITY COMPANY OF SAINT PAUL, a Corporation, v. Frank O'BRIEN et al., as Members of the Kansas Commission of Labor and Industry, et al.

No. 1695.

Circuit Court of Appeals, Tenth Circuit.

Oct. 24, 1938.

Brooks, Fleeson. & Aley, of Wichita, Kan., for appellant.

Clarence V. Beck, Atty. Gen.; of Kansas, and Matson, Stearns & Villepigue, of Wichita, Kan. for appellees.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant at appellant's costs.

---

Joseph W. SANFORD, Acting Warden, United States Penitentiary, Atlanta, Georgia, Appellant, v. William H. WARNER, Appellee.

No. 8815.

Circuit Court of Appeals, Fifth Circuit.

Oct. 18, 1938.

Lawrence S. Camp, U. S. Atty., and Harvey H. Tisinger and J. Ellis Mundy, Asst. U. S. Attys., all of Atlanta, Ga., for appellant.

No appearance was entered for appellee.

Before SIBLEY, HOLMES, and McCORD, Circuit Judges.

PER CURIAM.

On the authority of Zerbst, Warden, v. Kidwell et al., 303 U.S. 632, 58 S.Ct. 757, 82 L.Ed. 1092, the judgment in the above numbered and entitled cause is reversed and the cause remanded for further proceedings according to law.

---

Julia SCHMIDT, Executrix of the Estate of Frank Schmidt, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 7582.

Circuit Court of Appeals, Sixth Circuit.

Nov. 16, 1938.

Jason L. Honigman and Edward F. Wunsch, both of Detroit, Mich., for petitioner.

James W. Morris, Sewall Key, and Herman Oliphant, all of Washington, D. C., for respondent.

Before HICKS, SIMONS, and HAMILTON, Circuit Judges.

PER CURIAM.

This cause was heard upon the record, briefs and argument of counsel, and it not appearing that the Board of Tax Appeals abused its discretion in denying the motion of petitioner to vacate its decision of January 15, 1936, it is therefore ordered and adjudged that the order appealed from be and the same is affirmed.